IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DEANTE GHOLSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-053 |
| | ) | |
| TYRONE OLIVER; MEDICAL DIRECTOR of GDC; MENTAL HEALTH DIRECTOR of GDC; ANDREW MCFARLANE; VERONICA STEWART; TONJA KEITH; KENDRIC JACKSON; RICKY WILCOX; RICKY WILCOX, JR.; MELBA CHAMBERS; JIMMY KELLOM; MICHAEL PAULK; and ARLENE HUNT, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice as a sanction for abusing the judicial process, **DIRECTS** the **CLERK** to **TERMINATE** all motions and deadlines, and **CLOSES** this civil action.

SO ORDERED this 7th day of October, 2024, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE