AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DEANTE GHOLSTON,

                Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV324-053

TYRONE OLIVER; MEDICAL DIRECTOR OF GDC; MENTAL HEALTH DIRECTOR OF GDC; ANDREW MCFARLANE; VERONICA STEWART; TONJA KEITH; KENDRIC JACKSON; RICKY WILCOX; RICKY WILCOX, JR.; MELBA CHAMBERS; JIMMY KELLOM; MICHAEL PAULK; and ARLENE HUNT,
                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's October 7, 2024 Order adopting the Magistrate Judge's Report and Recommendation as its opinion, this case is dismissed without prejudice as a sanction for abusing the judicial process. This case stands closed.

10/7/2024

*Date*

John E. Triplett, Clerk of Court

*Clerk*



(By) Deputy Clerk

GAS Rev 10/2020